# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-3031
_____

Shanasha Whitson

*Plaintiff - Appellant*

v.

The Minnesota Department of Health, Infectious Disease Epidemiology
Prevention and Control Division HIV/STD, TB Unit; Christine Jones; Jessica
Barry; Peggy Darrett-Brewer; Amy Yolanda Castillo

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: March 11, 2021
Filed: March 16, 2021
[Unpublished]
_____

Before KELLY, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Shanasha Whitson appeals after the district court[1] dismissed her case for lack of subject matter jurisdiction. Upon de novo review, we conclude that Whitson's complaint failed to establish either diversity or federal question jurisdiction. See Jones v. United States, 727 F.3d 844, 846 (8th Cir. 2013) (standard of review); Junk v. Terminix Int'l Co., 628 F.3d 439, 445 (8th Cir. 2010) (federal court has diversity jurisdiction only where no defendant is citizen of same state as any plaintiff); Biscanin v. Merrill Lynch & Co., Inc., 407 F.3d 905, 906 (8th Cir. 2005) (federal question jurisdiction exists when plaintiff's right to relief depends upon resolution of substantial question of federal law). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.